**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

Billie D. Mueller, Appellant,

v.

South Carolina Department of Employment and Workforce, Respondent.

Appellate Case No. 2016-000037

Appeal From The Administrative Law Court
John D. McLeod, Administrative Law Judge

Unpublished Opinion No. 2017-UP-333
Heard June 1, 2017 – Filed August 2, 2017

**AFFIRMED**

Billie D. Mueller, of Davis Station, pro se.

E.B. "Trey" McLeod, III, of The South Carolina Department of Employment and Workforce, of Columbia, for Respondent.

**PER CURIAM:** Billie Mueller appeals the South Carolina Administrative Law Court's (ALC) order, affirming the Appellate Panel of the South Carolina Department of Employment and Workforce's (Appellate Panel) determination that Mueller's appeal was untimely. On appeal, Mueller argues (1) the ALC erred in

finding her appeal was untimely, (2) the ALC erred in finding she received the decision from the Appellate Panel in a timely manner, and (3) the hearing officer erred in determining severance payments and bonuses were not wages. We affirm[1] pursuant to Rule 220(b), SCACR, and the following authorities:

1. As to issue 1: *Engaging & Guarding Laurens Cty.'s Env't v. S.C. Dep't of Health & Envtl. Control*, 407 S.C. 334, 341, 755 S.E.2d 444, 448 (2014) ("[T]his [c]ourt's review is limited to determining whether the ALC's findings were supported by substantial evidence or were controlled by an error of law."); *Kiawah Dev. Partners, II v. S.C. Dep't of Health & Envtl. Control*, 411 S.C. 16, 28, 766 S.E.2d 707, 715 (2014) ("In determining whether the ALC's decision was supported by substantial evidence, the [c]ourt need only find, looking at the entire record on appeal, evidence from which reasonable minds could reach the same conclusion as the ALC."); S.C. Code Ann. § 41-35-660 (Supp. 2016) ("The claimant or any other interested party may file an appeal from an initial determination, redetermination, or subsequent determination not later than ten days after the determination was mailed to his last known address.").

2. As to issues 2 and 3: *Brown v. S.C. Dep't of Health & Envtl. Control*, 348 S.C. 507, 519, 560 S.E.2d 410, 417 (2002) ("[I]ssues not raised to and ruled on by the AL[C] are not preserved for appellate consideration.").

**AFFIRMED.**

**SHORT, WILLIAMS, and KONDUROS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.